RAJIV DHARNIDHARKA (Cal. Bar No. 234756)
rajiv.dharnidharka@dlapiper.com
LUPE R. LAGUNA (Cal Bar No. 307156)
lupe.laguna@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, California 94303-2214
Tel:    650.833.2000
Fax:   650.833.2001

Attorneys for Petitioner
GVA Capital Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH A SUBPOENA AD TESTIFICANDUM<br><br>GVA CAPITAL LTD.,<br><br>Petitioner. | Misc. No.<br><br>**DECLARATION OF RAJIV DHARNIDHARKA IN SUPPORT OF GVA CAPITAL LTD.'S MOTION TO COMPEL**<br><br>Date:  June 21, 2023<br>Time: 10:00 a.m. |

I, Rajiv Dharnidharka, declare as follows:

1. I am an attorney at law duly authorized to practice before all courts of the State of California and a partner with DLA Piper LLP (US), attorneys of record for Petitioner GVA Capital Ltd. ("GVA Capital"). I submit this declaration in support of GVA Capital's motion to compel. The matters stated in this declaration are based on my personal knowledge and I could and would testify competently to these matters.

2. I am informed and belief that Pavel Cherkashin currently resides in Los Altos, California.

3. Attached as Exhibit 1 is a true and correct copy of GVA Capital's answer to Definition Services Inc.'s ("Definition's") complaint in a case pending in the United States District Court for District of Delaware, *Definition Services Inc., v. GVA Capital Ltd.*, Case No. 1:21-cv-00741-MN-JLH (the "Delaware action"), filed on June 7, 2021.

4. Attached as Exhibit 2 is a true and correct copy of Definition's complaint against GVA Capital, filed on April 26, 2021.

5. Attached as Exhibit 3 is a true and correct copy of Definition's reply brief in further support of its motion for temporary stay of litigation, filed on February 28, 2023.

6. Attached as Exhibit 4 is a true and correct copy of communications to Mr. Cherkashin's former counsel, sent on April 26, 2021.

7. Attached as Exhibit 5 is a true and correct copy of the writ of summons against GVA Capital and Odrison Investments Limited in a civil action in the Grand Court of the Cayman Islands, issued by Mr. Cherkashin on April 19, 2021.

8. Attached as Exhibit 6 is a true and correct copy of correspondence between GVA Capital and Mr. Cherkashin's former counsel confirming GVA Capital's service of subpoenas against Mr. Cherkashin on December 9, 2021.

9. Attached as Exhibit 7 is a true and correct copy of Mr. Cherkashin's amended objections and responses to GVA Capital's subpoena for documents, dated February 10, 2022.

10. Attached as Exhibit 8 is a true and correct copy of GVA Capital's correspondence with Mr. Cherkashin on March 21, 2023, informing him of its decision to move to compel him to

1  comply with the subpoenas served to him on December 9, 2021.

2        11.    Attached as Exhibit 9 is a true and correct copy of GVA Capital's subpoena to Mr.

3  Cherkashin to produce documents, served on December 9, 2021.

4        12.    Attached as Exhibit 10 is a true and correct copy of GVA Capital's subpoena to Mr.

5  Cherkashin to testify at a deposition, served on December 9, 2021.

6      I declare under penalty of perjury under the laws of the United States that the foregoing is

7  true and correct and that this declaration was executed on May 3, 2023 in Sacramento, California.

RAJIV DHARNIDHARKA