UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GVA CAPITAL LTD.,<br><br>        Plaintiff,<br><br>    v.<br><br>PAVEL CHERKASHIN,<br><br>        Defendant. | Case No.  23-mc-80133-SVK<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME AS MODIFIED BY THE COURT**<br><br>Re: Dkt. No. 8 |

Petitioner GVA Capital Ltd. ("GVA") commenced an action in this Court on May 3, 2023 to compel non-party Pavel Cherkashin to comply with subpoenas served on Mr. Cherkashin in connection with a case pending in the U.S. District Court for the District of Delaware.  Dkt. 1.  The Court set a briefing schedule for the pending motion with a deadline of May 30, 2023 for Mr. Cherkashin's objections.  Dkt. 5.  Mr. Cherkashin retained counsel and filed a partial response to GVA's motion by the appointed deadline, coupled with the now pending motion for an extension of time to file a more fulsome response to the motion to compel.  Dkts. 7-8.  Having reviewed Mr. Cherkashin's moving papers, the Court finds good cause to **GRANT AS MODIFIED** the request and sets the following amended briefing schedule:

1. Mr. Cherkashin shall file a single response to the motion to compel no later than **June 5, 2023**.  The response shall not exceed ten double-spaced pages.  The response filed at Dkt. 7 is to be withdrawn and will not be considered by the Court.
2. GVA's reply to Mr. Cherkashin's objections shall be filed no later than **12:00 P.M. PST on June 9, 2023**.  The reply shall not exceed five double-spaced pages.
3. The hearing on GVA's motion remains set for June 20, 2023, at 11:00 a.m. PST.
4. If the Parties resolve this dispute through meet-and-confer efforts, the Parties shall

file a joint status report advising the Court of the resolution and need not appear for the hearing.

**SO ORDERED.**

Dated: May 31, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge