UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GVA CAPITAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> PAVEL CHERKASHIN, <br><br> Defendant. | Case No. 23-mc-80133-SVK <br><br> **ORDER FOLLOWING HEARING RE [1] GVA CAPITAL LTD.'S MOTION TO COMPEL** <br><br> Re: Dkt. Nos. 1, 10, 11 |

The Parties appeared before the undersigned for a hearing on June 20, 2023 to address the issues raised in GVA Capital Ltd.'s ("GVA Capital") motion to compel non-party Pavel Cherkashin's ("Cherkashin") compliance with subpoenas issued in connection with an action pending in the U.S. District Court for the District of Delaware. Dkts. 1, 12. The Parties agree that in dispute are just two of the requests in the subpoena duces tecum. Dkt. 12. Having reviewed the submissions and the relevant law and having considered the arguments of counsel, the Court issued its rulings from the bench for the reasons stated on the record. This Order summarizes the rulings for the convenience of counsel and the Court:

1. **Request for Production No. 12** – In accordance with Federal Rule of Civil Procedure 45, the Court limits Request for Production No. 12, which seeks documents related to Cherkashin's immigration status, as follows: Cherkashin shall produce, **no later than June 30, 2023**, any notices he received from the United States Citizenship and Immigration Services related to his immigration status for the six months preceding, up to and including, his termination from GVA Capital on April 13, 2021. GVA Capital's motion to compel with respect to Request for Production No. 12 is otherwise **DENIED.**

2. **Request for Production No. 13** – GVA Capital's motion to compel Cherkashin's

response to Request for Production No. 13, which seeks a forensic image or back-up of GVA Capital's documents in Cherkashin's possession, is **DENIED WITHOUT PREJUDICE** as irrelevant, overbroad and unduly burdensome as drafted. If GVA Capital learns of additional facts to support an allegation of copying, and if allowed under the current case schedule, GVA Capital may serve a more narrowly drafted request.

3. **Protective Order regarding Cherkashin Deposition** – For the reasons stated on the record, if documents are produced pursuant to Request No. 12 as modified by the Court, then GVA Capital may ask questions regarding the notices and any responses thereto. If no documents are produced, then GVA Capital may not inquire into Cherkashin's immigration status during the deposition.

The Parties are reminded of their obligation to engage in robust meet and confer efforts pursuant to the undersigned's Civil and Discovery Referral Matters Standing Order before bringing any further disputes before the Court.

**SO ORDERED.**

Dated: June 20, 2023

SUSAN VAN KEULEN
United States Magistrate Judge